

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Dennis Hall*

**Dennis J. Hall**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br><br>100 Jefferson County Parkway<br>Golden, Colorado 80401 | **EFILED Document**<br>**CO Jefferson County District Court 1st JD**<br>**Filing Date: Nov 16 2010  4:41PM MST**<br>**Filing ID: 34386379**<br>**Review Clerk: Matt J Forbes** |
| Plaintiff:  DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI L. LAUK, a Colorado resident<br><br>v.<br><br>Defendants:  ALLSTATE INSURANCE COMPANY, a foreign corporation, and CHRIS WITTE, a Colorado resident | ▲ COURT USE ONLY ▲<br><br>Case Number: 2010cv5074<br>Div.: 5 |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

THIS MATTER, coming before the Court on Defendants Allstate Insurance Company and Chris Witte's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the First Amended Complaint, and the Court being fully advised in the premises,

HEREBY GRANTS Defendants Allstate Insurance Company and Chris Witte up to and including December 2, 2010, to answer or otherwise respond to the First Amended Complaint, including but not limited to, motions under or related to Colorado Rule of Civil Procedure 12(b).

DONE this ____ day of November, 2010.

BY THE COURT:

_____
District Court Judge

1199218v.1

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Dennis J Hall |
| **File & Serve Transaction ID:** | 34345863 |
| **Current Date:** | Nov 16, 2010 |
| **Case Number:** | 2010CV5074 |
| **Case Name:** | KING, DENNIS W vs. ALLSTATE INSURANCE COMPANY et al |
| **Court Authorizer:** | Dennis J Hall |

**/s/ Judge Dennis J Hall**