

**GRANTED** | The moving party is hereby **ORDERED** to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

_Dennis Hall_

**Dennis J. Hall**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

DISTRICT COURT, COUNTY OF JEFFERSON, STATE OF COLORADO
Court Address:  100 Jefferson County Parkway
                Golden, Colorado 80401
Telephone: (303) 271-6145

**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Dec 3 2010  3:59PM MST**
**Filing ID: 34675992**
**Review Clerk: Luz Ruiz**

▲ COURT USE ONLY ▲

---

Plaintiff: DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI L. LAUK, a Colorado resident.

Defendant:  ALLSTATE INSURANCE COMPANY, a foreign corporation, and CHRIS WITTE, a Colorado resident.

---

Applicant Attorney: Richard H. Friedman
Address: 1126 Highland Avenue,
         Bremerton, WA  98337
Phone Number: (360) 782-4300
FAX Number: (360) 782-4358
E-mail: rfriedman@friedmanrubin.com
Atty. Reg. #: WSBA 30626

Sponsoring Attorney: Mark A. Gould
Address: 1115 Grant Street, Suite 204,
         Denver, CO 80203
Phone Number: (303) 623-1885
FAX Number: (303) 832-2394
E-mail: mgould@kaudylaw.com
Atty. Reg. #: 35461

Case Number:
2010CV5074

Div.:     Ctrm.:

---

## OUT OF STATE COUNSEL'S VERIFIED MOTION REQUESTING PRO HAC VICE ADMISSION

Pursuant to C.R.C.P. 121 § 1-2, and Rule 221, Richard H. Friedman of the Law Firm of Friedman | Rubin of Bremerton, Washington moves for pro hac vice admission to practice before this Court in the above-captioned matter.

AS GROUNDS FOR THIS MOTION, Richard H. Friedman states and shows the Court the following:

1. Under Rule 221, an attorney and counselor at law in good standing from any other jurisdiction in the United States may, in the discretion of a Colorado court of record, be permitted to participate before the Court in a trial, argument and other proceeding in the particular case in which the attorney is employed, provided that a member in good standing of the Bar of the State of Colorado is associated in such cause at all stages of the case.

2. Richard H. Friedman of the Law Firm of Friedman | Rubin is a member in good standing of the Bar in the State of .   Richard H. Friedman is assigned attorney registration or bar admission number 30626 in the State of Washington.

3. Richard H. Friedman has also been licensed in the following jurisdictions: Alaska and California, under the following admission numbers AK 7911099 and CA 221622.

4. Richard H. Friedman is in good standing in all Bars wherever admitted and no discipline or grievance proceedings have been filed or are pending.

5. Richard H. Friedman has been admitted pro hac vice in the following Colorado cases in the preceding five years: On August 18, 2009 in *Martin v. Lauk*, 08 CV 4546 Richard H. Friedman was granted admission to appear Pro Hac Vice.

6. Richard H. Friedman acknowledges that he is subject to all applicable provisions of the Colorado Rules of Professional Conduct and the Colorado Rules of Civil Procedure and that he has read such rules.

7. Mark A. Gould, #35461, is a member in good standing of the Bar of the State of Colorado.

8. Mark A. Gould will be present and participate in a meaningful and substantial manner throughout the proceedings and trial of this matter.

9. The following are parties to the proceeding and have been notified of this Verified Motion requesting pro hac vice admission:

   Allstate Insurance Company, a foreign corporation, and Chris Witte, a Colorado resident.

10. Richard H. Friedman has filed a copy of this motion with the Clerk of the Colorado Supreme Court at the Attorney Registration Office, 1560 Broadway, Suite 1810, Denver, Colorado 80202 and paid the required fee.

11. An affidavit setting forth Richard H. Friedman's qualifications and compliance is attached.

WHEREFORE, Out of State Counsel respectfully requests that the Court admit Richard H. Friedman pro hac vice, to practice before the Court in this case.

Respectfully submitted on the _26 'th_ day of _October_, 20_10_.

Richard H. Friedman
WSBA #30626
1126 Highland Avenue
Bremerton, WA  98337
(360) 782-4300

and

Mark A. Gould
35461
1115 Grant Street, Suite 204
Denver, CO 800203
(303) 623-1885

VERIFICATION

Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission was sworn to or affirmed and signed by Mark A. Gould, #35461 this _28th_ day of October, 2010.

_[Notary Public]_

My commission expires:   8/15/2012



VERIFICATION

    Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission was sworn to or affirmed and signed by Richard H. Friedman this 26th day of October, 2010.

Janet Crook

My commission expires: 11-09-11

**RICHARD H. FRIEDMAN**
**Courts before which admitted to practice**

| | |
|---|---|
| Washington State Bar (#30626) | November 2000 |
| Alaska State Bar (#7911099) | November 1979 |
| California State Bar    (#221622) | December 2002 |
| | |
| US Supreme Court | June 15, 1992 |
| | |
| US Court of Appeals, 9th Circuit | October 16, 1981 |
| | |
| Alaska Supreme Court | November, 1979 |
| 303 K. Street | |
| Anchorage, AK  99501 | |
| | |
| Alaska Superior Court | November, 1979 |
| | |
| WA Supreme Court | November 27, 2000 |
| 415 12th Avenue SW | |
| PO Box 40929 | |
| Olympia, WA  98504 | |
| | |
| WA Superior Court | November 27, 2000 |
| | |
| CA Supreme Court | December, 2002 |
| 350 McAllister Street | |
| San Francisco, CA  94102 | |
| | |
| Alaska State District Court | November, 1979 |
| USDC District of AK | February 9, 1980 |
| USDC Western District of WA | March 4, 2005 |
| USDC Central District of CA | February 22, 2006 |
| USDC Northern District of CA | September 12, 2003 |
| USDC Eastern District of CA | August 13, 2008 |
| USDC Eastern District of MI | April 20, 2006 |
| USDC Middle District of Florida - Tampa | February 8, 2008 |
| USDC Hawaii | March 27, 2008 |
| USDC District of Colorado | January 7, 2010 |

Richard Friedman is in good standing in all of the above Courts.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2010, I sent a true and correct copy of the foregoing **Out of State Counsel's Verified Motion Requesting *Pro Hac Vice* Admission**, via Lexis-Nexis, and/or via U.S. Mail, postage pre-paid, addressed to the following:

Terence M. Ridley, Reg. No. 15212
Carolyn J. Fairless, Reg. No. 30214
Evan B. Stephenson, Reg. No. 37183
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, CO 80202

The Law Office of Mark A. Gould, P.C.

*A duly signed original is on file at*
*The Law Office of Mark A. Gould, P.C*

*/s Mark A. Gould*
Mark A. Gould

**This document constitutes a ruling of the court and should be treated as such.**

|  |  |
|---:|:---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Dennis J Hall |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 34419447 |
| **Current Date:** | Dec 03, 2010 |
| **Case Number:** | 2010CV5074 |
| **Case Name:** | KING, DENNIS W vs. ALLSTATE INSURANCE COMPANY et al |
| **Court Authorizer:** | Dennis J Hall |

**/s/ Judge Dennis J Hall**