|  | **GRANTED** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. |  |
|---|---|---|---|

**Dennis J. Hall**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Jan 12 2011  4:39PM MST**
**Filing ID: 35346847**
**Review Clerk: Beth B**

---

DISTRICT COURT, JEFFERSON COUNTY, COLORADO

100 Jefferson County Parkway
Golden, Colorado 80401

Plaintiff: DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI L. LAUK, a Colorado resident

v.

Defendants: ALLSTATE INSURANCE COMPANY, a foreign corporation, ALLSTATE CASUALTY INSURANCE COMPANY, and CHRIS WITTE, a Colorado resident

▲ COURT USE ONLY ▲

Case Number: 2010cv5074
Div.: 5

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE THIRD AMENDED COMPLAINT

THIS MATTER, coming before the Court on Defendants' Unopposed Motion For Extension Of Time To Answer Or Otherwise Respond To The Third Amended Complaint, and the Court being fully advised in the premises,

HEREBY GRANTS Defendants an extension of the deadline to file a responsive pleading to January 28, 2011.

DONE this _____ day of January, 2011.

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Dennis J Hall |
| **File & Serve Transaction ID:** | 35160829 |
| **Current Date:** | Jan 12, 2011 |
| **Case Number:** | 2010CV5074 |
| **Case Name:** | KING, DENNIS W vs. ALLSTATE INSURANCE COMPANY et al |
| **Court Authorizer:** | Dennis J Hall |

**/s/ Judge Dennis J Hall**