IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 11-cv-00103-ZLW-BNB

DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for
Sheri L. Lauk, a Colorado resident,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

    Defendant.

## ORDER

It is ORDERED that the Joint Motion To Allow Plaintiff To File Fifth Amended Complaint . . . (Doc. No. 18) is granted.  It is

FURTHER ORDERED that Plaintiff's Fifth Amended Complaint And Jury Demand (Doc. No. 16) is accepted for filing as of February 3, 2011.  It is

FURTHER ORDERED that Defendant shall file a response to Plaintiff's Fifth Amended Complaint on or before February 22, 2011.

DATED at Denver, Colorado this 9th day of February, 2011.

                BY THE COURT:

                *Zita Leeson Weinshienk*
                ZITA LEESON WEINSHIENK, Senior Judge
                United States District Court