IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-00103-WJM-BNB | Date: June 29, 2011 |
| Courtroom Deputy: Laura Galera | FTR BNB COURTROOM A-401 |

DENNIS KING,                                                             Richard Friedman
                                                                                       Mark Alan Gould
            Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,                            Terence M. Ridley
                                                                                       Evan Bennett Stephenson
            Defendant.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in session:        9:31 a.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

Defendant withdraws the Unopposed Motion to Extend the June 15, 2011 Deadline to File Motions to Disqualify Counsel Until 20 Days After the Completion of the Deposition of Richard Kaudy [32].

**ORDERED:** Unopposed Motion to Extend the June 15, 2011 Deadline to File Motions to Disqualify Counsel Until 20 Days After the Completion of the Deposition of Richard Kaudy [32] is DENIED AS WITHDRAWN.

**ORDERED:** Court takes the Motion for Protective Order [35] and Plaintiff's Second Motion For Protective Order [40] UNDER ADVISEMENT and will issue a written ruling.

Court in Recess:        10:48 a.m.        Hearing concluded.        Total time in Court:        1:17

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.