IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00103-WJM-BNB

DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI L. LAUK, a Colorado resident,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Vacate August 25, 2011 Settlement Conference** [docket no. 49, filed August 10, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for August 25, 2011, is **VACATED**.

      IT IS FURTHER ORDERED the parties are to submit a Status Report within ten (10) days of the private mediation to be held on October 6, 2011

DATED: August 10, 2011