IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.  11-cv-00103-WJM- BNB         Date: October 24, 2011
Courtroom Deputy: Geneva D. Mattei             FTR BNB COURTROOM A-401

---

DENNIS W. KING                                 Donna McCready

        Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY                     Evan B. Stephenson
                                               Terence M. Ridley

        Defendant(s).

---

**COURTROOM MINUTES**

---

**HEARING: MOTIONS**

Court in Session:    3:32 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Plaintiff's motion to amend the complaint to include a claim for exemplary damages [Doc.#63; filed 9/26/11] is granted for reasons stated on the record. The Clerk of the Court is directed to accept the amended complaint for filing.**

Court in Recess:    4:37 p.m.    Hearing concluded.    Total time in Court: 01:05

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.