IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00103-WJM-BNB

DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI L. LAUK, a Colorado resident,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Amend the Complaint to Include a Claim for Exemplary Damages** [Doc. # 63, filed 9/26/2011] (the "Motion to Amend").  I held a hearing on the Motion to Amend on October 24, 2011, and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 63] is GRANTED; and

(2) The Clerk of the Court is directed to accept for filing Plaintiff's Sixth Amended Complaint and Jury Demand [Doc. # 63-1].

Dated October 25, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge