IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00103-WJM-BNB

DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI L. LAUK, a Colorado resident,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Renewed Joint Motion to Amend the Scheduling Order** [docket no. 93, filed December 19, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED. All depositions are to be completed as set forth in the joint motion. The dispositive motions deadline is extended to and including **January 27, 2012**.

DATED: December 19, 2011