IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00103-WJM-BNB

DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI L. LAUK, a Colorado resident,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1) **Defendant Allstate Insurance Company's Motion for Leave to Further Depose Richard Kaudy [etc.]** [Doc. # 85, filed 12/14/2011] (the "Motion to Depose"); and

(2) **Defendant's Motion to Enforce the Court's Order Compelling Plaintiff to Comply With Interrogatory 9, and to Compel Responses to Other Discovery Requests** [Doc. # 90, filed 12/16/2011] (the "Motion to Compel").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Depose [Doc. # 85] is GRANTED. The defendant may depose Mr. Kaudy for not more than an additional three hours on the "'set-up' theory of punitive damages and whether Mr. Kaudy manufactured Plaintiff's claims." The deposition shall be completed no later than February 10, 2012; and

(2)     The Motion to Compel [Doc. # 90] is GRANTED. The plaintiff shall make supplemental discovery responses in compliance with this order and the formalities of the Federal Rules of Civil Procedure on or before February 10, 2012.

Dated January 23, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge