IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00103-WJM-BNB

DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI L. LAUK, a Colorado resident,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

Defendant.

_____

## ORDER
_____

This matter arises on defendant's **Unopposed Motion for Leave to Take Limited Further Discovery [etc.]**[Doc. # 127, filed 3/16/2012] (the "Motion"). The defendant has shown good cause for the requested relief, which is not opposed,

IT IS ORDERED that the Motion [Doc. # 127] is GRANTED. All additional requested discovery must be completed, if at all, on or before May 19, 2012.

Dated March 19, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge