IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00103-WJM-BNB

DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI L. LAUK, a Colorado resident,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

Defendant.

_____

## ORDER
_____

This matter is before me on **Defendant's Amended Motion to Strike Plaintiff's Untimely Rule 26 Disclosures [etc.]** [Doc. # 135, filed 3/20/2012](the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 135] is DENIED.

Dated April 11, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge