IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: August 27, 2013 |
| Court Reporter: Gwen Daniel | |

---

| | |
|---|---|
| Civil Action No. 11-cv-00103-WJM | <u>Counsel:</u> |
| DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI L. LAUK, a Colorado resident, | Richard H. Friedman<br>Jeffrey K. Rubin<br>Mark A. Gould |
| Plaintiff, | |
| v. | |
| ALLSTATE INSURANCE COMPANY, a foreign corporation, | Terence M. Ridley<br>John M. Fitzpatrick<br>Evan B. Stephenson |
| Defendant. | |

---

## COURTROOM MINUTES
---

JURY TRIAL - DAY TWO

08:50 a.m.   Court in Session - without jury

Court's comments

The Plaintiff submitted two pleadings this morning which will be filed later in the day.

Discussion

08:57  Jury present

                                                EXHIBITS IDENTIFIED, OFFERED AND RECEIVED:
                                                34, 32

**PLAINTIFF'S WITNESS STEPHEN PRATER**
09:01  Cross (by Mr. Fitzpatrick)

          EXHIBITS IDENTIFIED, OFFERED AND RECEIVED:
          4, A22, A9, A8, A2, A21, A45

10:05  Court in Recess
10:28  Court in Session - jury present

**PLAINTIFF'S WITNESS STEPHEN PRATER**
10:28  Cross continued (by Mr. Fitzpatrick)

          EXHIBITS IDENTIFIED, OFFERED AND RECEIVED:
          6, A24, A10, A12, 7, 9, 10, 11, 13, 15, A27, A30, B4, B5, A38

          EXHIBITS IDENTIFIED, OFFERED AND RECEIVED:
          1, pages 805, 492, 493

12:00  Redirect (by Mr. Friedman)

12:00  Jury excused.

The Court addresses the Plaintiff's Motion for Protective Order Re Cross-Examination of Betsy Martin on Statements To Social Security Administration

12:01  Argument (by Mr. Fitzpatrick)

12:07  Argument (by Mr. Friedman)

**ORDERED:  The Plaintiff's Motion for Protective Order Re: Cross-Examination of Betsy Martin on Statements to Social Security Administration (ECF No. 257) IS DENIED ON THE BASIS IT IS A LATE AND AN OUT OF TIME MOTION *IN LIMINE*.**

The Court addresses the Plaintiff's Motion for Protective Order Re: Evidence of Settlement Offer by Richard Kaudy to Sheri Lauk

12:10  Argument (by Mr. Ridley)

12:17  Argument (by Mr. Friedman)

**ORDERED:  The Plaintiff's Motion for Protective Order Re: Evidence of Settlement Offer by Richard Kaudy to Sheri Lauk (ECF No. 258) IS DENIED AS AN UNTIMELY MOTION *IN LIMINE*.**

12:22 Court in Recess
01:22  Court in Session - without jury

Discussion re schedule

01:28  Jury present

**PLAINTIFF'S WITNESS KARLA COSGROVE**
01:28 Direct (by Mr. Friedman)

01:32 - 01:37 Bench conference

01:38 Direct continued

Deposition of Karla Cosgrove opened and used for impeachment.

02:08 - 02:11 Bench conference

02:11  Direct continued

                          EXHIBITS IDENTIFIED, OFFERED AND RECEIVED:
                          1, page 463

                          EXHIBITS IDENTIFIED, OFFERED AND RECEIVED:
                          60

03:03  Court in Recess
03:25  Court in Session - with jury

**PLAINTIFF'S WITNESS KARLA COSGROVE**
03:25 Direct continued (by Mr. Friedman)

                          EXHIBITS IDENTIFIED, OFFERED AND RECEIVED:
                          17, 18

05:00 p.m.    Court in Recess
               Trial continued
               Time: six hours and 25 minutes