## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 11-cv-00103-WJM-BNB

DENNIS W. KING, Colorado resident and U.S. Bankruptcy Trustee for bankrupt SHERI
L. LAUK, a Colorado resident,

     Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

     Defendant.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

     IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel

for the parties shall retain custody of their respective exhibits and/or depositions until

such time as all need for the exhibits has terminated and the time to appeal has expired

or all appellate proceedings have been terminated plus sixty days.

     DATED at Denver, Colorado this ____ day of September 2013.

BY THE COURT

William J. Martínez, Judge

Attorney for Plaintiff

Attorney for Defendant